If by US Mail, to:

>Aetna
>SIU Overpayments
>P.O. Box 981105
>El Paso, TX 79998-1105

If by Wire Transfer, to:

>Bank of America ABA
>(Routing) # - 026009593
>Aetna Life Insurance Co. – Operating
>Account # - 5044-5919

Thank you for considering this request. I am available at your convenience to answer any questions and I can be reached at the telephone number or email address above.

>Sincerely,
>
>*Daniel J. Lyons*
>
>Daniel J. Lyons
>**Managing Senior Counsel**



Provider Litigation Department
151 Farmington Avenue, RT61
Hartford, CT 06156
Phone: (860) 273-9885
lyonsd1@aetna.com

April 8, 2024

Honorable William F. Kuntz, II
United Stated District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

    Re: *United States v. Vladislav Kotlyar, 1:23-cr-00075*

## Aetna's Victim Impact Statement

Dear Judge Kuntz:

    Aetna Inc. and its affiliates, along with Aetna members and employers that sponsor self-funded health plans administered by Aetna (collectively, "Aetna"), appreciate the opportunity to submit this statement. Aetna and its self-funded plan sponsors have suffered significant financial harm from the healthcare fraud scheme that has recently led to the guilty plea and conviction of Mr. Kotlyar. Please accept this letter as a statement of Aetna's losses and its claim for restitution in an amount of at least $420,963[1].

    Aetna's financial harm stems from the Defendant's fraudulent means to wrongfully induce payments from Aetna. As noted in the Information filed by the Government, The Defendant submitted forged documents to Aetna in order to obtain at least $420,963 to which he was not entitled to receive.

    It is important to note that Aetna suffers billions of dollars in losses each year as a result of insurance fraud. This conduct impacts Aetna's operations on many different levels. Various departments within our organization were required to expend time and resources in order to address this fraud.

    Aetna requests that all restitution payments be sent via the following means:

---

[1] Pursuant to the contractual agreements between Aetna and our plan sponsors, Aetna will return the appropriate portion of any restitution back to our plan sponsors for all self-funded plans.