

COURT'S EXHIBIT NO. 1 IDENTIFICATION/EVIDENCE DKT.# 23 cr 075 DATE: 5/17/2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF RESTITUTION |
| – against – | Criminal Docket No. 23-75 (WFK) |
| VLADISLAV KOTLYAR, | |
| Defendant. | |

---------------------X

WHEREAS, the defendant VLADISLAV KOTLYAR pleaded guilty on March 16, 2023, in the above-captioned case, and

WHEREAS, the defendant VLADISLAV KOTLYAR was sentenced on May 17, 2024, and ordered to pay restitution,

1. This order of restitution will be incorporated by reference to the Judgment and Commitment Order to be filed in connection with the above-captioned case.

2. The defendant is directed to pay restitution to the victims named, and in the amount listed, in Exhibit A to this order.

3. Restitution is due immediately. The total restitution amount to be paid is $738,724.30 plus interest. See 18 U.S.C. § 3612(f).

4. Payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

5. The Clerk is directed to distribute restitution payments to the victims pro rata at least once per year to the extent funds are available to distribute. The United States Department of Probation and the United States Attorney's Office are directed to provide to the

Clerk whatever assistance is necessary to assure prompt distribution of restitution payments.

The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Trial Attorney assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated: Brooklyn, New York
May 17, 2024

s/ WFK

THE HONORABLE WILLIAM F. KUNTZ II
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA　　　　　　　　Criminal Docket No. 23-75 (WFK)

　　- against -

VLADISLAV KOTLYAR,

　　　　　　Defendant.

- - - - - - - - - - - - - - - - - -X

## EXHIBIT A TO ORDER OF RESTITUTION

| VICTIM NAME AND ADDRESS | LOSS AMOUNT |
|---|---|
| Aetna<br>SIU Overpayments<br>P.O. Box 981105<br>El Paso, TX 79998-1105 | $348,634.14 |
| Byram Healthcare<br>120 Bloomingdale Road<br>Suite 301<br>White Plains, New York 10605 | $156,153.19 |
| Edgepark<br>1810 Summit Commerce Park<br>Twinsburg, Ohio 44087 | $233,936.97 |
| Total Restitution | $738,724.30 (plus interest) |